OFFICE OF DISCIPLINARY COUNSEL *v.* SMAKULA.

[Cite as Disciplinary Counsel *v.* Smakula (1988), 39 Ohio St. 3d 143.]

(No. D.D. 88-6—Submitted July 27, 1988—Decided October 19, 1988.)

J. Warren Bettis, disciplinary counsel, and *Mark H. Aultman,* for relator.

*Gold, Rotatori, Schwartz & Gibbons Co., L.P.A.,* and *Gerald S. Gold,* for respondent.

*Per Curiam.* This court concurs in the board's findings and its recommendation. Respondent is hereby suspended from the practice of law in Ohio for one year. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.